```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
LYNN GLASS,                              :    21cv984 (DLC)
                                         :
                      Plaintiff,         :    ORDER
                                         :
           -v-                           :
                                         :
FIRST RAIL RESPONSE and EDWARD HERBST,   :
                                         :
                      Defendants.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having received a letter motion from defendants First Rail Response and Edward Herbst (together, "First Rail") and opposition from plaintiff Lynn Glass on November 29, 2021, it is hereby

ORDERED that the parties shall appear in a conference to be held telephonically **today, November 30, at 4:00 pm**. The parties shall be prepared to discuss the November 29 letters.

IT IS FURTHER ORDERED that the parties shall use the following dial-in instructions for the telephone conference:

> Dial-in:       888-363-4749
> Access code:   4324948

The parties shall use a landline if one is available.

Dated:  New York, New York
        November 30, 2021

                                  _____
                                        DENISE COTE
                                  United States District Judge