```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
LYNN GLASS,                              :
                                         :
                    Plaintiff,           :    21cv984 (DLC)
                                         :
         -v-                             :         ORDER
                                         :
FIRST RAIL RESPONSE, et al.,             :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On June 4, 2021, trial in this case was placed on the January 2022 trial ready calendar. The Southern District of New York has reconfigured courtrooms and other spaces in its courthouses to allow civil jury trials to proceed as safely as possible during the COVID-19 pandemic. On December 1, 2021 the Clerks' Office notified district judges of the dates on which jury selection could commence and trials could proceed in the reconfigured spaces during January through March 2022. Accordingly, the parties are hereby

NOTIFIED that this action has been placed on a trial-ready calendar for the week of **January 18, 2022.** It is hereby

ORDERED that a final pretrial conference will occur on **January 14, 2022 at 10:00 AM** in Courtroom 18B, 500 Pearl Street. Please refer to the Pretrial Scheduling Order issued on June 4, 2022 for all other trial-related scheduling and information.

Dated:  New York, New York
        December 2, 2021

                                    _____
                                         DENISE COTE
                                    United States District Judge