

**MELTZER LIPPE GOLDSTEIN & BREITSTONE, LLP**
190 Willis Avenue, Mineola, NY 11501 • T. 516.747.0300
www.meltzerlippe.com

*Asish Anne Nelluvely, Esq.*
*Writer's Telephone: (516) 470-0102*
*Writer's Facsimile: (516) 237-2893*
*Email: anelluvely@meltzerlippe.com*

January 13, 2022

**Via ECF**
Hon. Denise L. Cote
United States District Court
500 Pearl Street, Room 1910
New York, New York 10007

        Re:    *Glass v. First Response, et al.*
                 **Case No.: 21-CV-984 (DLC)**
                 **MLGB File No.: 10936.00040**

Dear Judge Cote:

      This firm represents Defendants 1st Response Rail Service., Inc. and Edward Herbst (collectively, "Defendants") in the above-referenced matter. I write to request, on consent of counsel, an extension of the deadline for the filing of Defendants' moving papers for the Summary Judgment Motion, from January 17, 2022, to January 18, 2022. We understand January 17 is Martin Luther King Day, and a public holiday observed by the Court. Our office is also closed on that day.

      We thank the Court for its time and consideration of the foregoing.

                                          Respectfully submitted,

                                          */s/ Asish A. Nelluvely*
                                          Asish Anne Nelluvely, Esq.

cc: All counsel (*via* ECF)

Granted.
*[signature]*
1/13/22

4853-0244-0400, v.1