```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
LYNN GLASS,                              :    21cv984 (DLC)
                                         :
                       Plaintiff,        :    ORDER
                                         :
             -v-                         :
                                         :
FIRST RAIL RESPONSE and EDWARD HERBST,   :
                                         :
                       Defendants.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having received a letter motion from defendants First Rail Response and Edward Herbst (together, "First Rail") on February 7, 2022, it is hereby

ORDERED that the parties shall appear in a conference to be held telephonically **today, February 8, at 4:00 pm**. The parties shall be prepared to discuss the February 7 letter.

IT IS FURTHER ORDERED that the parties shall use the following dial-in instructions for the telephone conference:

        Dial-in:       888-363-4749
        Access code:  4324948

The parties shall use a landline if one is available.

Dated:    New York, New York
         February 8, 2022

                                                DENISE COTE
                                    United States District Judge