```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
LYNN GLASS,                              :   21cv984 (DLC)
                                         :
                    Plaintiff,           :   ORDER
                                         :
         -v-                             :
                                         :
FIRST RAIL RESPONSE and EDWARD HERBST,   :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having received a letter motion from defendants First Rail Response and Edward Herbst (together, "First Rail") on February 16, 2022, it is hereby

ORDERED that the parties shall appear in a conference to be held telephonically **today, February 17, at 4:00 pm.** The parties shall be prepared to discuss the February 16 letter.

IT IS FURTHER ORDERED that the parties shall use the following dial-in instructions for the telephone conference:

        Dial-in:         888-363-4749
        Access code:     4324948

The parties shall use a landline if one is available.

Dated:   New York, New York
         February 17, 2022

                                            DENISE COTE
                                United States District Judge